SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
TROY A. LAWRENCE, ESQ.
Nevada Bar No. 16102
RICHARD C. ALVAREZ, ESQ.
Florida Bar No. 031615 (*Pro Hac Vice*)
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: scott.lachman@akerman.com
Email: troy.lawrence@akerman.com
Email: rick.alvarez@akerman.com

*Attorneys for HSN, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT HARRIS, | Case No. 2:24-cv-01476-CDS-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER STAYING DISCOVERY PENDING THE COURT'S RULING ON HSN, INC'S MOTION TO DISMISS** |
| HSN, INC., ZHANJIANG HALLSMART ELECTRICAL APPLIANCE CO. LTD, CONDE NAST PUBLICATIONS, INC., BON APPETIT, INC., I. S. APPLIANCES, INC., DOES Defendants I through X, inclusive; and ROES Defendants XI through XX, inclusive, | |
| Defendants. | |

HSN, Inc. and Brett Harris stipulate to stay discovery pending resolution of the motion to dismiss ("Motion") filed by HSN Inc. ECF No. 19. The parties agree discovery is expensive and unnecessary at this time given the posture of the case. Further discovery is not required for the Court to decide the Motion. *See Aristocrat Techs., Inc. v. Light & Wonder, Inc.*, No. 2:24-cv-00382-GMN-MDC, 2024 WL 2302151, at *2 (D. Nev. May 21, 2024). Additionally, good cause exists to stay discovery, as no party would be prejudiced by the stay and a brief stay will allow Harris time to serve the unserved defendants as well as spare Harris and HSN, Inc. the expenses associated with discovery at this time. *Id.*

The parties agree that in the event that the Motion is not granted in full, the parties will file a stipulated proposed discovery plan and scheduling order no later than 14 days after a decision on the motion is issued by the Court. This is the first request to stay discovery.

DATED November 14, 2024.

| THE 702 FIRM | AKERMAN LLP |
|---|---|
| /s/ Brandon A. Born<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>BRANDON A. BORN, ESQ.<br>Nevada Bar No. 15181<br>MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>8335 W. Flamingo Road<br>Las Vegas, NV 89147<br><br>*Attorneys for Brett Harris* | /s/ Troy A. Lawrence<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>TROY A. LAWRENCE, ESQ.<br>Nevada Bar No. 16102<br>RICHARD C. ALVAREZ, ESQ.<br>Florida Bar No. 031615<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for HSN, Inc.* |

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 11/18/2024