SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
RICHARD C. ALVAREZ, ESQ.
Florida Bar No. 031615 (*Pro Hac Vice*)
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com
Email: rick.alvarez@akerman.com

*Attorneys for HSN, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>HSN, INC., ZHANJIANG HALLSMART ELECTRICAL APPLIANCE CO. LTD, CONDE NAST PUBLICATIONS, INC., BON APPETIT, INC., I. S. APPLIANCES, INC., DOES Defendants I through X, inclusive; and ROES Defendants XI through XX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01476-CDS-MDC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Defendant HSN, Inc., by and through its undersigned attorneys, hereby provides notice that Troy A. Lawrence Esq. is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for HSN, Inc. All future correspondence and papers in this action should continue to be directed to Scott Lachman and Richard C. Alvarez.

DATED February 6, 2025.

**ORDER**
IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 2/7/2025

**AKERMAN LLP**

*/s/ Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
RICHARD C. ALVAREZ, ESQ.
Florida Bar No. 031615

*Attorneys for HSN, Inc.*